No. 218, Misc. MARTIN *v.* ILLINOIS. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 219, Misc. SYPNIEWSKI *v.* BUCHKOE, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 91, Misc. GRAEBER *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Petition for writ of certiorari and other relief to the United States Court of Appeals for the Ninth Circuit denied.

No. 93, Misc. MATHISON *v.* UNITED STATES. Petition for writ of certiorari and other relief to the United States Court of Appeals for the Seventh Circuit denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 172, Misc. SMITH *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Petition for writ of certiorari and other relief to the Supreme Court of Washington denied.

No. 204, Misc. WALKER *v.* CALIFORNIA. Petition for writ of certiorari and other relief to the District Court of Appeal of California, Fourth Appellate District, denied.

No. 99, Misc. TUSCANO *v.* TEXAS. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied without prejudice to an application for a writ of habeas corpus in an appropriate United States District Court.